UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR327 HEA |
| ) | |
| ROBERT RICO PRUITT, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on defendant Robert Rico Pruitt's Motion to Suppress Evidence and Statements [Doc. #16], and the government's Motion for a Pretrial Determination of the Admissibility of defendant's confession, [Doc. # 14]. The Court referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was scheduled for July 7, 2006. At that hearing, defendant advised Judge Noce that he decided not to raise any issues by way of pretrial motions. He thereafter waived his rights to file pretrial motions and to have a pretrial hearing. Judge Noce entered his Order and Recommendation that the motions be denied as moot on July 7, 2006. To date, no objections to the report and recommendation have been filed.

In that defendant has withdrawn the motion, the Court agrees with Judge Noce's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Robert Rico Pruitt's Motion to Suppress Evidence and Statements [Doc. #16] is denied.

**IT IS FURTHER ORDERED** that the government's Motion for a Pretrial Determination of the Admissibility of Defendant's Confession, {Doc. # 14], is denied.

Dated this 19th day of July, 2006.

_____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE